

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUDITH KAY NADLER, Individually and On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARMING SHOPPES, INC., et al.,<br><br>Defendants. | Case No. 2:12-cv-02838-HB<br><br>CLASS ACTION |

RECEIVED JUN - 4 2012

FILED
JUN 4 - 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### STIPULATION AND PROPOSED ORDER TO STAY ACTION PENDING SETTLEMENT-RELATED PROCEEDINGS

It is hereby stipulated and agreed by and between counsel for Plaintiff JUDITH KAY NADLER and Defendants CHARMING SHOPPES, INC. and MICHAEL GOLDSTEIN, KATHERINE M. HUDSON, BRUCE J. KLATSKY, ALAN ROSSKAMM, RICHARD W. BENNETT III, ANTHONY M. ROMANO, PAULA A. PRICE, ARNAUD AJDLER, MICHAEL C. APPEL, and MICHAEL J. BLITZER that all proceedings in the above-captioned action shall be stayed pending final approval of the parties' settlement in *In re Charming Shoppes, Inc. Derivative and Class Action Litigation*, Doc. No. 2012-04154, in and by the Court of Common Pleas for Bucks County, Pennsylvania, after which, upon final approval by the Court of Common Pleas, Plaintiff shall dismiss this action with prejudice.

Dated: June 4, 2012

/s/ Michael F. Brown
**MICHAEL F. BROWN**
DRINKER BIDDLE & REATH LLP
ONE LOGAN SQUARE, STE. 2000
PHILADELPHIA, PA 19103-6996
215-988-2988
michael.brown@dbr.com

*Counsel to Defendant Charming Shoppes, Inc.*

| | |
|---|---|
| Dated: June 4, 2012 | /s/ Jeffrey C. Trauger<br>**JEFFREY C. TRAUGER**<br>GRIM, BIEHN & THATCHER<br>104 S. 6TH STREET<br>P.O. BOX 215<br>PERKASIE, PA  18944<br>215-257-6811<br>jtrauger@grimlaw.com<br><br>*Counsel to Defendants Michael Goldstein, Arnaud Ajdler, Michael C. Appel, Richard W. Bennet, III, Michael J. Blitzer, Katherine M. Hudson, Bruce J. Klatsky, Paula A. Price, Anthony M. Romano, and Alan Rosskamm* |
| Dated: June 4, 2012 | /s/ Kenneth I. Trujillo<br>**JENNIFER E. AGNEW**<br>**KENNETH I. TRUJILLO**<br>TRUJILLO RODRIGUEZ & RICHARDS LLC<br>1717 ARCH ST., SUITE 3838<br>PHILADELPHIA, PA 19103<br>215-731-9004<br>jagnew@trrlaw.com<br><br>*Counsel to Plaintiff Judith Kay Nadler* |
| | **SO ORDERED.** |
| Dated: June 4, 2012 | **BY THE COURT:**<br><br>*/s/ Harvey Bartle*<br>**BARTLE, III, HARVEY, J.** |