IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDITH KAYE NADLER, et al.        :        CIVIL ACTION
                                  :
             v.                   :
                                  :
CHARMING SHOPPES, INC., et al.  :        NO. 12-2838

ORDER

AND NOW, this 10th day of January, 2013, after a
telephone conference with counsel, it is hereby ORDERED that:

(1) this court's prior order dated January 8, 2013
(Doc. # 19) is VACATED;

(2) the matter shall be placed in civil suspense
pending resolution of a related action in the Court of Common
Pleas of Bucks County.

BY THE COURT:


/s/ Harvey Bartle III
                                                      J.